## PEMBERTON's Lessee *v.* HICKS.

### *Forfeiture.*

A tenant by the curtesy initiate, has not an estate forfeitable upon his attainder for treason.

THIS cause (which was argued in December term 1798, 3 Dall. 479) was kept under advisement, until the 23d of December 1799, when SHIPPEN, Chief Justice, and YEATES, Justice, were of opinion with the plaintiff, and SMITH, Justice, was of opinion with the defendant.

Judgment for the plaintiff.(b)

---

(a) In Chancellor *v.* Phillips, *post,* p. 213, and several other cases, the law has been stated in a similar manner. But in the case of the United States *v.* Cunyngham (Wall. C. C. 178), in the circuit court, before Judges TILGHMAN, BASSET and GRIFFITH, the same subject was fully discussed; and the court adhered to the common-law rule, notwithstanding the decision in Pennsylvania. The decision in the case of Howell *v.* Alkyn, 2 Rawle 282, sustains Levy *v.* Wallis; but they cannot be reconciled with the principle of many other Pennsylvania authorities, on this subject.[1]

(b) McKEAN, C. J., presided at the argument of the cause; but being elected governor of the commonwealth, in October 1799, he took no part in the decision. He informed the reporter, however, that his opinion was decidedly in favor of the defendant.

